*In re: Sadia Securities Litigation*

**Exhibit II**

**Documents and Data Reviewed and/or Relied Upon**

| SEC Filings | |
|---|---|
| **Filing Date** | **Form** |
| 5/1/2008 | Form 6-K Press Release 1Q08 |
| 5/1/2008 | Form 6-K Interim Financial Information Three-Month Period Ended March 31, 2008 |
| 6/27/2008 | Form 20-F for the year ended December 31, 2007 |
| 7/31/2008 | Form 6-K Press Release 2Q08 |
| 7/31/2008 | Form 6-K Interim Financial Information Three-Month Period Ended June 30, 2008 |
| 9/25/2008 | Form 6-K Notice of Material Event |
| 6/30/2009 | Form 20-F for the year ended December 31, 2008 |
| 7/30/2009 | Form 20-F/A for the year ended December 31, 2008 |

| News Articles and Analyst Reports | | |
|---|---|---|
| **Date** | **Title/Headline/Description** | **Source** |
| 4/28/2008 | BUYINS.NET: (SDA) SqueezeTrigger Price is $21.335. There is $108,574,835.00 That Short Sellers Still Need To Cover | M2 PressWIRE |
| 4/28/2008 | BOVESPA: Index rises on Petrobras and Vale | Gazeta Mercantil Invest News |
| 4/28/2008 | Sao Paulo Stock Exchange grows on Petrobras and Vale; | InvestNews (Brazil) |
| 4/30/2008 | FOOD INDUSTRY: Sadia's profit rises 123% in 1stQ2008 | Gazeta Mercantil Invest News |
| 4/30/2008 | 1Q08 Results: Exceeds Estimates Once Again. | Citigroup Global Markets |
| 4/30/2008 | 1Q08: Good numbers, but not enough | UBS Pactual |
| 4/30/2008 | Solid 1Q08 Results | Unibanco |
| 4/30/2008 | Resultado 1T08 | Bancofactor Corretora |
| 4/30/2008 | 1Q08 - Margins in Line with Expectations | Espirito Santo |
| 5/1/2008 | BUYINS.NET: (SDA) SqueezeTrigger Price is $21.335. There is $106,090,285.00 That Short Sellers Still Need To Cover | M2 PressWIRE |
| 5/1/2008 | Good 1Q08, But Valuation Seems High - ALERT | JP Morgan |
| 5/2/2008 | Brazilian food industry Sadia's profit grows by 123% in the first quarter; | InvestNews (Brazil) |
| 5/2/2008 | Revenue growth aided by both domestic and export markets in 1Q 08 | Independent International Investment Research PLC |
| 5/3/2008 | Sadia S.A. (ADR) (SDA) Corporate Event Announcement Notice | Wall Street Horizon |
| 5/4/2008 | BRAZIL SADIA AND KRAFT ANNOUNCE JOINT VENTURE | InfoProd |
| 5/6/2008 | Sadia's Cash Flow from Operations Hits Three Year High | Cashflow news |
| 5/6/2008 | BRAZIL SADIA AND KRAFT ANNOUNCE JOINT VENTURE | InfoProd |
| 5/6/2008 | OPS Ranking of "1" Reiteration for Sadia | Stockdiagnostics |
| 5/6/2008 | Sadia's Free Cash Flow Turns Negative for its First Quarter | Cashflow news |
| 5/6/2008 | Discontinuing coverage | Deutsche Bank |
| 5/6/2008 | 1Q08 revenues in line with the guidance | Deutsche Bank |
| 5/7/2008 | Sadia's EBITDA Hits Three Year High | Cashflow news |
| 5/8/2008 | Fitch: Consolidation & Growth to Affect Brazil Beef Sector | Business Wire |
| 5/12/2008 | Brazilian Companies Announce Global Warming Game Plan | Targeted News Service |
| 5/13/2008 | Brazil launches greenhouse gas program | UPI Energy |
| 5/18/2008 | Columbine Capital's Investment Conclusion | Columbine Capital Service |
| 5/23/2008 | BOVESPA: Index falls on Wall St losses and Petrobras | Gazeta Mercantil Invest News |
| 5/23/2008 | Sao Paulo Stock Exchange falls on Wall Street losses and Petrobras; | InvestNews (Brazil) |
| 5/30/2008 | Central bank endorses foreign capital in food company bank | Business News Americas - English |
| 5/30/2008 | Russia suspends embargo on beef imports from Brazilian state of Mato Grosso | Xinhua General News Service |
| 6/3/2008 | Previ having problems selling stake in Antonina port | Business News Americas - English |
| 6/3/2008 | IE Singapore, Brazil renew trade ties | The Business Times Singapore |
| 6/4/2008 | Sadia continued to pace its revenue growth in 1Q 08 | Independent International Investment Research PLC |
| 6/9/2008 | LENGTH: 601 words | M2 PressWIRE |

| Date | Title/Headline/Description | Source |
|---|---|---|
| 6/10/2008 | BOVESPA: Index falls on Vale and intl tension | Gazeta Mercantil Invest News |
| 6/10/2008 | São Paulo Stock Exchange falls on Vale and international tension; | InvestNews (Brazil) |
| 6/11/2008 | BOVESPA: Index falls on Vale and IPCA | Gazeta Mercantil Invest News |
| 6/16/2008 | BOVESPA: Index reverses downtrend and rises 0.10% | Gazeta Mercantil Invest News |
| 6/16/2008 | Report on Sadia | Governance Metrics International |
| 6/17/2008 | Dutch takeover could cost Grampian its Scottish identity; | The Herald (Glasgow) |
| 6/19/2008 | Sadia S.A. Upgraded To 'BB+' From 'BB'; Outlook Stable | Market News Publishing |
| 6/22/2008 | Reiterating Buy for Sadia and Downgrading Perdigão to Hold | Citigroup Global Markets |
| 6/24/2008 | BOVESPA: Index tracks intl losses and falls 0.06% | Gazeta Mercantil Invest News |
| 6/26/2008 | Brazilian food company Sadia buys 73.9% of Excelsior; | InvestNews (Brazil) |
| 6/26/2008 | FOOD: Sadia buys 73.9% of Excelsior | Gazeta Mercantil Invest News |
| 6/26/2008 | FOOD INDUSTRY: Sadia to open unit in Santa Catarina state | Gazeta Mercantil Invest News |
| 6/26/2008 | INVESTNEWS: This morning's highlights | Gazeta Mercantil Invest News |
| 6/27/2008 | Brazilian food company Sadia to open unit in Santa Catarina state; | InvestNews (Brazil) |
| 6/30/2008 | Sadia S.A. (ADR) (SDA) Corporate Event Announcement Notice | Wall Street Horizon |
| 7/3/2008 | Brazilian food processing company Sadia to open new unit in Midwest region; | NoticiasFinancieras |
| 7/3/2008 | FOOD INDUSTRY: Sadia to open new unit in Midwest region | Gazeta Mercantil Invest News |
| 7/3/2008 | Significant decline in stock price due to rising input cost | Independent International Investment Research PLC |
| 7/5/2008 | UK chicken industry set for merger wave | The Grocer |
| 7/24/2008 | Brazil Food and Drink Report Q3 2008: Independent Forecasts and Competitive Intelligence on Brazil's Food and Drink Industry | Business Wire |
| 7/24/2008 | Research and Markets: Brazil Food and Drink Report Q3 2008: Independent Forecasts and Competitive Intelligence on Brazil's Food and Drink Industry | M2 PressWIRE |
| 7/24/2008 | BOVESPA: Index falls for 3rd consecutive session | Gazeta Mercantil Invest News |
| 7/28/2008 | Sadia S.A. (ADR) (SDA) Corporate Event Announcement Notice | Wall Street Horizon |
| 7/28/2008 | UK chicken industry set for merger wave | The Grocer |
| 7/30/2008 | FOOD INDUSTRY: Sadia profit up 62.9% in 1stH2008 | Gazeta Mercantil Invest News |
| 7/30/2008 | 2Q08 Results: Right on the Spot, but Lowering Guidance for Margins in 2008 | Citigroup Global Markets |
| 7/30/2008 | Solid Results Against a Tough Background | Unibanco |
| 7/30/2008 | 2Q: Weaker than expected – Guidance revised downwards | UBS Pactual |
| 7/30/2008 | SADIA - Resultado 2T08 | Bancofactor Corretora |
| 7/31/2008 | Sadia food company's net income up 62.9% in the first half; | NoticiasFinancieras |
| 7/31/2008 | 2Q08 Results: Weak | Itau Securities |
| 7/31/2008 | Higher-than-expected Average Selling Price (ASP) boosts revenues in 2Q 08 | Independent International Investment Research PLC |
| 7/31/2008 | SDA - Q2 2008 Sadia S.A. Earnings Conference Call | Thompson Financial |
| 7/31/2008 | 2T08 – BONS RESULTADOS EM TRIMESTRE DIFÍCIL | Espirito Santo |
| 7/31/2008 | SADIA – Mais um trimestre de pressão de custos | Ativa Informa Research |
| 8/4/2008 | Cash Flow from Operations for Sadia Increases 31% | Cashflow news |
| 8/4/2008 | OPS Ranking of "1" for Sadia Reiterated by StockDiagnostics.com | Stockdiagnostics |
| 8/4/2008 | Second Quarter Free Cash Flow Turns Negative for Sadia | Cashflow news |
| 8/4/2008 | Average growth within a tough input cost scenario; downgrading to Neutral (V); lowering target price | HSBC |
| 8/5/2008 | EBITDA for Sadia Reaches Three Year High | Cashflow news |
| 8/6/2008 | Vendas em alta e lucro em baixa !!! | Planner Correctora de Valores |
| 8/6/2008 | Agregando valor e exportando… | Coinvalores |
| 8/19/2008 | Overview of Branded Foods in Brazil with Forecasts to 2013 | Business Wire |
| 8/19/2008 | Research and Markets: Overview of Branded Foods in Brazil with Forecasts to 2013 | M2 PressWIRE |
| 8/21/2008 | www.companiesandmarkets.com: Chilled Food in Uruguay to 2011 | M2 PressWIRE |
| 8/21/2008 | www.companiesandmarkets.com: Chilled Food in Brazil to 2011 | M2 PressWIRE |
| 8/28/2008 | Brazilian food company Sadia to incorporate its subsidiary Avícola Industrial; | InvestNews (Brazil) |
| 8/28/2008 | FOOD: Sadia to incorporate Avícola Industrial | Gazeta Mercantil Invest News |
| 8/29/2008 | www.companiesandmarkets.com: Branded foods in Brazil ? | M2 PressWIRE |
| 8/29/2008 | Strong investment plans to boost revenue growth for Sadia | Independent International Investment Research PLC |

| Date | Title/Headline/Description | Source |
|---|---|---|
| 9/1/2008 | FOOD INDUSTRY: Sadia, Kraft Foods form joint-venture | Gazeta Mercantil Invest News |
| 9/1/2008 | www.companiesandmarkets.com: Branded foods in Brazil forecasts to 2013 | M2 PressWIRE |
| 9/2/2008 | Brazilian food company Sadia and Kraft Foods form joint-venture; | InvestNews (Brazil) |
| 9/3/2008 | AGRIBUSINESS: Sadia invests $308R mn in Mato Grosso unit | Gazeta Mercantil Invest News |
| 9/3/2008 | AGRIBUSINESS: Sadia invests $308R mn in Mato Grosso unit | Gazeta Mercantil Invest News |
| 9/3/2008 | www.companiesandmarkets.com: Chilled Food in Latin America to 2011 | M2 PressWIRE |
| 9/4/2008 | Brazilian food company Sadia invests $308R million in Mato Grosso state; | InvestNews (Brazil) |
| 9/8/2008 | Company Oveview | Datamonitor |
| 9/16/2008 | Genus Preliminary Results -5- | London Stock Exchange Aggregated Regulatory News S |
| 9/17/2008 | BM&FBOVESPA: Index plunges 6.30% after short-lived relief | Gazeta Mercantil Invest News |
| 9/17/2008 | BM&FBOVESPA: Index plunges 6.30% after short-lived relief | Gazeta Mercantil Invest News |
| 9/18/2008 | Chilled Food in Brazil to 2011 Report Is Out Now | Business Wire |
| 9/18/2008 | Research and Markets: Chilled Food in Brazil to 2011 Report Is Out Now | M2 PressWIRE |
| 9/18/2008 | Key Challenges and Issues facing the World Animal Feed Additives Market | Market Wire |
| 9/18/2008 | Key Challenges and Issues facing the World Animal Feed Additives Market | Canadian Corporate Newswire |
| 9/23/2008 | Report on Sadia | Governance Metrics International |
| 9/24/2008 | Short Positions on 2008/09/15 167,399 167,399 | Market News Publishing |
| 9/25/2008 | BM&FBOVESPA: Index up 3.98% while waiting for US plan | Gazeta Mercantil Invest News |
| 9/25/2008 | BM&FBOVESPA: Index up 3.98% while waiting for US plan | Gazeta Mercantil Invest News |
| 9/25/2008 | A Year Lost in FX | Unibanco |
| 9/25/2008 | Big FX-loss | UBS Pactual |
| 9/25/2008 | R$ 760 Million Financial Loss | Itau Securities |
| 9/26/2008 | Brazil's Sadia posts big loss on currency market | Associated Press Worldstream |
| 9/26/2008 | Brazil's Sadia posts big loss on currency market | Associated Press Online |
| 9/26/2008 | Brazil's Sadia posts big loss on currency market | Associated Press Financial Wire |
| 9/26/2008 | Brazil's Sadia posts big loss on currency market | The Associated Press |
| 9/26/2008 | Brazil exporters hit hard on currency bets | Associated Press Worldstream |
| 9/26/2008 | Brazilian food giant Sadia's debt is 12% of capital stock; | InvestNews (Brazil) |
| 9/26/2008 | Food and pulp and paper firms Sadia and Aracruz's shares fall on dollar losses; | InvestNews (Brazil) |
| 9/26/2008 | Brazilian food firm Sadia loses $760R million from dollar operations; | InvestNews (Brazil) |
| 9/26/2008 | OPEN CAPITAL: Sadia and Aracruz's shares fall on dollar losses | Gazeta Mercantil Invest News |
| 9/26/2008 | INVESTNEWS: This morning's highlights | Gazeta Mercantil Invest News |
| 9/26/2008 | Brazil stocks fall on bailout concerns | Associated Press Worldstream |
| 9/26/2008 | Brazil exporters hit hard on currency bets | The Associated Press |
| 9/26/2008 | Brazil exporters hit hard on currency bets | Associated Press Financial Wire |
| 9/26/2008 | FOOD: Sadia loses $760Rmn from dollar operations | Gazeta Mercantil Invest News |
| 9/26/2008 | BM&FBOVESPA: Index falls over 3% on Sadia and Aracruz | Gazeta Mercantil Invest News |
| 9/26/2008 | BM&FBOVESPA: Index falls 2.02% as mkt awaits US plan approval | Gazeta Mercantil Invest News |
| 9/26/2008 | FOOD: Perdigão denies problems with derivatives | Gazeta Mercantil Invest News |
| 9/26/2008 | FOOD: Perdigão denies problems with derivatives | Gazeta Mercantil Invest News |
| 9/26/2008 | MARKET WATCH: US deal approval sends markets down | Gazeta Mercantil Invest News |
| 9/26/2008 | Amlan International Announces Three Technical Support Key Hires for Animal Health and Nutrition Business | Market Wire |
| 9/26/2008 | FX-Related Profit Warning; and Implications for Brazilian Food Companies | Santander |
| 9/26/2008 | Sadia reports FX losses of R$760 million | Unibanco |
| 9/26/2008 | PERDA DE R$ 760 MILHÕES EM OPERAÇÕES FINANCEIRAS. | Espirito Santo |
| 9/26/2008 | Sadia takes an unexpected loss of R$760m (US$412m) on its foreign exchange hedges. The loss is an outflow of cash, leaving a balance of R$1.6bn (US$867m). | ING Wholesale Baning |
| 9/26/2008 | Chicken or Treasury Operator?…Downgrading to Sell | Citigroup Global Markets |
| 9/26/2008 | Revisão Sadia (SDIA4) Preço Teórico R$ 9,00 (Venda) | Socopa Correctora Paulista |
| 9/26/2008 | Thompson Financial | Sep. 26. 2008 / 8:00AM, SDA - Sadia S.A. Conferenc |
| 9/27/2008 | STOCKS AROUND THE WORLD THIS WEEK | The Globe and Mail (Canada) |
| 9/27/2008 | BUSINESS BRIEFING | The Washington Post |

| Date | Title/Headline/Description | Source |
|---|---|---|
| | **Data and Other Sources** | |

Consolidated Amended Complaint dated 3/16/2009

Bloomberg (Data on Sadia Securities, Foreign Exchange Rates, Bloomberg World Food Index, JP Morgan US Aggregate Bond Index , S&P 500 Index and Ibovespa)

*Cammer v. Bloom* , 711 F. Supp. 1264 (D.N.J. 1989)

BDO Trevisan Auditores Independentes Report dated February 12, 2009.

http://stockdiagnostics.com/ops_rating_new.htm.

http://www.adrbnymellon.com/dr_edu_basics_and_benefits.jsp

http://www.adrbnymellon.com/files/AC5655.pdf

http://www.adrbnymellon.com/files/AD21803.pdf.

http://www.bovespa.com.br/indexi.asp, visited November 11, 2009.

http://www.depositary-receipts.com/what_are.html.

http://www.friedlandcapital.com/PDFs/Friedland%20Capital%27s%20Guide%20To%20American%20Depositary%20Receipts.pdf.

http://www.investorwords.com/5182/unsponsored_ADR.html;

http://www.irwebreport.com/daily/2008/10/28/hundreds-of-non-us-companies-targeted-for-unsponsored-adrs/.

http://www.sec.gov/about/forms/forms-3.pdf.

http://www.sec.gov/pdf/ininvest.pdf.

http://www.stockdiagnostics.com.

http://www.bovespa.com.br/indexi.asp, visited November 11, 2009.

Litigation Services Handbook: Role of Accountant as Expert Witness 44-31 (Roman L. Weil et al. 2d ed., 1995)