*In re: Sadia Securities Litigation*

## Exhibit III

### Summary Output for Regression Analysis on Sadia's Preferred Stock and ADR Returns

| Regression Statistics | |
|---|---|
| Multiple R | 0.83926498 |
| R Square | 0.704365707 |
| Adjusted R Square | 0.702971205 |
| Standard Error | 0.036237804 |
| Observations | 214 |

ANOVA

| | df | SS | MS | F | Significance F |
|---|---|---|---|---|---|
| Regression | 1 | 0.663289306 | 0.663289306 | 505.1021926 | 5.17039E-58 |
| Residual | 212 | 0.278393828 | 0.001313178 | | |
| Total | 213 | 0.941683135 | | | |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% | Lower 95.0% | Upper 95.0% |
|---|---|---|---|---|---|---|---|---|
| Intercept | -0.002511912 | 0.002482641 | -1.011790279 | 0.312791714 | -0.007405737 | 0.002381912 | -0.007405737 | 0.002381912 |
| X Variable 1 | 1.066597923 | 0.047458183 | 22.47447869 | 5.17039E-58 | 0.973047547 | 1.160148298 | 0.973047547 | 1.160148298 |

*Privileged and Confidential*