*In re: Sadia Securities Litigation*

### Exhibit IV

**Average Weekly Trading Volume of Sadia ADR's During the Class Period**

| Date | Volume | Weekly Volume | Outstanding | Daily Turnover as a % of Float | Weekly Turnover as a % of Float | Adj Daily Turnover [1] | Adjusted Weekly Turnover | Adj Weekly Turnover as a % of Float |
|---|---|---|---|---|---|---|---|---|
| April 30, 2008 | 875,418 | | 29,945,000 | 2.92% | | 700,334.40 | | |
| May 1, 2008 | 566,671 | | 29,945,000 | 1.89% | | 453,336.80 | | |
| May 2, 2008 | 1,705,605 | 1,049,231 | 29,945,000 | 5.70% | 3.50% | 1,364,484.00 | 839,385 | 2.80% |
| May 5, 2008 | 620,314 | | 29,945,000 | 2.07% | | 496,251.20 | | |
| May 6, 2008 | 553,757 | | 29,945,000 | 1.85% | | 443,005.60 | | |
| May 7, 2008 | 714,308 | | 29,945,000 | 2.39% | | 571,446.40 | | |
| May 8, 2008 | 698,889 | | 29,945,000 | 2.33% | | 559,111.20 | | |
| May 9, 2008 | 765,928 | 670,639 | 29,945,000 | 2.56% | 2.24% | 612,742.40 | 536,511 | 1.79% |
| May 12, 2008 | 832,176 | | 29,945,000 | 2.78% | | 665,740.80 | | |
| May 13, 2008 | 402,777 | | 29,945,000 | 1.35% | | 322,221.60 | | |
| May 14, 2008 | 517,511 | | 29,945,000 | 1.73% | | 414,008.80 | | |
| May 15, 2008 | 553,841 | | 29,945,000 | 1.85% | | 443,072.80 | | |
| May 16, 2008 | 862,519 | 633,765 | 29,945,000 | 2.88% | 2.12% | 690,015.20 | 507,012 | 1.69% |
| May 19, 2008 | 918,904 | | 29,945,000 | 3.07% | | 735,123.20 | | |
| May 20, 2008 | 439,479 | | 29,945,000 | 1.47% | | 351,583.20 | | |
| May 21, 2008 | 553,175 | | 29,945,000 | 1.85% | | 442,540.00 | | |
| May 22, 2008 | 450,434 | | 29,945,000 | 1.50% | | 360,347.20 | | |
| May 23, 2008 | 753,903 | 623,179 | 29,945,000 | 2.52% | 2.08% | 603,122.40 | 498,543 | 1.66% |
| May 27, 2008 | 770,652 | | 29,945,000 | 2.57% | | 616,521.60 | | |
| May 28, 2008 | 1,013,930 | | 29,945,000 | 3.39% | | 811,144.00 | | |
| May 29, 2008 | 1,454,433 | | 29,945,000 | 4.86% | | 1,163,546.40 | | |
| May 30, 2008 | 717,946 | 989,240 | 29,945,000 | 2.40% | 3.30% | 574,356.80 | 791,392 | 2.64% |
| June 2, 2008 | 679,191 | | 29,945,000 | 2.27% | | 543,352.80 | | |
| June 3, 2008 | 681,694 | | 29,945,000 | 2.28% | | 545,355.20 | | |
| June 4, 2008 | 706,951 | | 29,945,000 | 2.36% | | 565,560.80 | | |
| June 5, 2008 | 833,298 | | 29,945,000 | 2.78% | | 666,638.40 | | |
| June 6, 2008 | 847,950 | 749,817 | 29,945,000 | 2.83% | 2.50% | 678,360.00 | 599,853 | 2.00% |
| June 9, 2008 | 755,002 | | 29,945,000 | 2.52% | | 604,001.60 | | |
| June 10, 2008 | 851,556 | | 29,945,000 | 2.84% | | 681,244.80 | | |
| June 11, 2008 | 697,587 | | 29,945,000 | 2.33% | | 558,069.60 | | |
| June 12, 2008 | 807,861 | | 29,945,000 | 2.70% | | 646,288.80 | | |
| June 13, 2008 | 788,701 | 780,141 | 29,945,000 | 2.63% | 2.61% | 630,960.80 | 624,113 | 2.08% |
| June 16, 2008 | 497,416 | | 29,945,000 | 1.66% | | 397,932.80 | | |
| June 17, 2008 | 563,994 | | 29,945,000 | 1.88% | | 451,195.20 | | |
| June 18, 2008 | 587,969 | | 29,945,000 | 1.96% | | 470,375.20 | | |
| June 19, 2008 | 859,876 | | 29,945,000 | 2.87% | | 687,900.80 | | |
| June 20, 2008 | 401,938 | 582,239 | 29,945,000 | 1.34% | 1.94% | 321,550.40 | 465,791 | 1.56% |
| June 23, 2008 | 365,673 | | 29,945,000 | 1.22% | | 292,538.40 | | |
| June 24, 2008 | 1,167,405 | | 29,945,000 | 3.90% | | 933,924.00 | | |
| June 25, 2008 | 464,922 | | 29,945,000 | 1.55% | | 371,937.60 | | |
| June 26, 2008 | 1,034,105 | | 29,945,000 | 3.45% | | 827,284.00 | | |
| June 27, 2008 | 488,339 | 704,089 | 29,945,000 | 1.63% | 2.35% | 390,671.20 | 563,271 | 1.88% |

*In re: Sadia Securities Litigation*

## Exhibit IV

**Average Weekly Trading Volume of Sadia ADR's During the Class Period**

| Date | Volume | Weekly Volume | Outstanding | Daily Turnover as a % of Float | Weekly Turnover as a % of Float | Adj Daily Turnover [1] | Adjusted Weekly Turnover | Adj Weekly Turnover as a % of Float |
|---|---|---|---|---|---|---|---|---|
| June 30, 2008 | 468,152 | | 29,945,000 | 1.56% | | 374,521.60 | | |
| July 1, 2008 | 812,454 | | 29,945,000 | 2.71% | | 649,963.20 | | |
| July 2, 2008 | 783,806 | | 29,945,000 | 2.62% | | 627,044.80 | | |
| July 3, 2008 | 648,056 | 678,117 | 29,945,000 | 2.16% | 2.26% | 518,444.80 | 542,494 | 1.81% |
| July 7, 2008 | 1,165,262 | | 29,945,000 | 3.89% | | 932,209.60 | | |
| July 8, 2008 | 601,569 | | 29,945,000 | 2.01% | | 481,255.20 | | |
| July 9, 2008 | 407,656 | | 29,945,000 | 1.36% | | 326,124.80 | | |
| July 10, 2008 | 717,360 | | 29,945,000 | 2.40% | | 573,888.00 | | |
| July 11, 2008 | 516,802 | 681,730 | 29,945,000 | 1.73% | 2.28% | 413,441.60 | 545,384 | 1.82% |
| July 14, 2008 | 366,417 | | 29,945,000 | 1.22% | | 293,133.60 | | |
| July 15, 2008 | 570,181 | | 29,945,000 | 1.90% | | 456,144.80 | | |
| July 16, 2008 | 717,875 | | 29,945,000 | 2.40% | | 574,300.00 | | |
| July 17, 2008 | 568,392 | | 29,945,000 | 1.90% | | 454,713.60 | | |
| July 18, 2008 | 471,595 | 538,892 | 29,945,000 | 1.57% | 1.80% | 377,276.00 | 431,114 | 1.44% |
| July 21, 2008 | 387,568 | | 29,945,000 | 1.29% | | 310,054.40 | | |
| July 22, 2008 | 345,182 | | 29,945,000 | 1.15% | | 276,145.60 | | |
| July 23, 2008 | 788,887 | | 29,945,000 | 2.63% | | 631,109.60 | | |
| July 24, 2008 | 601,509 | | 29,945,000 | 2.01% | | 481,207.20 | | |
| July 25, 2008 | 327,105 | 490,050 | 29,945,000 | 1.09% | 1.64% | 261,684.00 | 392,040 | 1.31% |
| July 28, 2008 | 347,595 | | 29,945,000 | 1.16% | | 278,076.00 | | |
| July 29, 2008 | 651,661 | | 29,945,000 | 2.18% | | 521,328.80 | | |
| July 30, 2008 | 547,083 | | 29,945,000 | 1.83% | | 437,666.40 | | |
| July 31, 2008 | 765,905 | | 29,945,000 | 2.56% | | 612,724.00 | | |
| August 1, 2008 | 382,850 | 539,019 | 29,945,000 | 1.28% | 1.80% | 306,280.00 | 431,215 | 1.44% |
| August 4, 2008 | 668,534 | | 29,945,000 | 2.23% | | 534,827.20 | | |
| August 5, 2008 | 652,282 | | 29,945,000 | 2.18% | | 521,825.60 | | |
| August 6, 2008 | 310,412 | | 29,945,000 | 1.04% | | 248,329.60 | | |
| August 7, 2008 | 351,304 | | 29,945,000 | 1.17% | | 281,043.20 | | |
| August 8, 2008 | 387,489 | 474,004 | 29,945,000 | 1.29% | 1.58% | 309,991.20 | 379,203 | 1.27% |
| August 11, 2008 | 508,789 | | 29,945,000 | 1.70% | | 407,031.20 | | |
| August 12, 2008 | 480,079 | | 29,945,000 | 1.60% | | 384,063.20 | | |
| August 13, 2008 | 895,922 | | 29,945,000 | 2.99% | | 716,737.60 | | |
| August 14, 2008 | 254,201 | | 29,945,000 | 0.85% | | 203,360.80 | | |
| August 15, 2008 | 579,258 | 543,650 | 29,945,000 | 1.93% | 1.82% | 463,406.40 | 434,920 | 1.45% |
| August 18, 2008 | 668,543 | | 29,945,000 | 2.23% | | 534,834.40 | | |
| August 19, 2008 | 664,844 | | 29,945,000 | 2.22% | | 531,875.20 | | |
| August 20, 2008 | 511,296 | | 29,945,000 | 1.71% | | 409,036.80 | | |
| August 21, 2008 | 368,009 | | 29,945,000 | 1.23% | | 294,407.20 | | |
| August 22, 2008 | 345,845 | 511,707 | 29,945,000 | 1.15% | 1.71% | 276,676.00 | 409,366 | 1.37% |
| August 25, 2008 | 272,789 | | 29,945,000 | 0.91% | | 218,231.20 | | |
| August 26, 2008 | 903,251 | | 29,945,000 | 3.02% | | 722,600.80 | | |
| August 27, 2008 | 733,903 | | 29,945,000 | 2.45% | | 587,122.40 | | |

*In re: Sadia Securities Litigation*

## Exhibit IV

**Average Weekly Trading Volume of Sadia ADR's During the Class Period**

| Date | Volume | Weekly Volume | Outstanding | Daily Turnover as a % of Float | Weekly Turnover as a % of Float | Adj Daily Turnover [1] | Adjusted Weekly Turnover | Adj Weekly Turnover as a % of Float |
|---|---|---|---|---|---|---|---|---|
| August 28, 2008 | 471,471 | | 29,945,000 | 1.57% | | 377,176.80 | | |
| August 29, 2008 | 517,986 | 579,880 | 29,945,000 | 1.73% | 1.94% | 414,388.80 | 463,904 | 1.55% |
| September 2, 2008 | 498,296 | | 29,945,000 | 1.66% | | 398,636.80 | | |
| September 3, 2008 | 654,875 | | 29,945,000 | 2.19% | | 523,900.00 | | |
| September 4, 2008 | 1,155,664 | | 29,945,000 | 3.86% | | 924,531.20 | | |
| September 5, 2008 | 1,142,615 | 862,863 | 29,945,000 | 3.82% | 2.88% | 914,092.00 | 690,290 | 2.31% |
| September 8, 2008 | 639,071 | | 29,945,000 | 2.13% | | 511,256.80 | | |
| September 9, 2008 | 699,422 | | 29,945,000 | 2.34% | | 559,537.60 | | |
| September 10, 2008 | 712,532 | | 29,945,000 | 2.38% | | 570,025.60 | | |
| September 11, 2008 | 694,474 | | 29,945,000 | 2.32% | | 555,579.20 | | |
| September 12, 2008 | 496,019 | 648,304 | 29,945,000 | 1.66% | 2.16% | 396,815.20 | 518,643 | 1.73% |
| September 15, 2008 | 768,924 | | 29,945,000 | 2.57% | | 615,139.20 | | |
| September 16, 2008 | 1,594,740 | | 29,945,000 | 5.33% | | 1,275,792.00 | | |
| September 17, 2008 | 1,483,612 | | 29,945,000 | 4.95% | | 1,186,889.60 | | |
| September 18, 2008 | 1,732,067 | | 29,945,000 | 5.78% | | 1,385,653.60 | | |
| September 19, 2008 | 829,485 | 1,281,766 | 29,945,000 | 2.77% | 4.28% | 663,588.00 | 1,025,412 | 3.42% |
| September 22, 2008 | 646,756 | | 29,945,000 | 2.16% | | 517,404.80 | | |
| September 23, 2008 | 594,676 | | 29,945,000 | 1.99% | | 475,740.80 | | |
| September 24, 2008 | 606,730 | | 29,945,000 | 2.03% | | 485,384.00 | | |
| September 25, 2008 | 831,697 | | 29,945,000 | 2.78% | | 665,357.60 | | |
| September 26, 2008 | 5,057,765 | 1,547,525 | 29,945,000 | 16.89% | 5.17% | 4,046,212.00 | 1,238,020 | 4.13% |
| | | **Average During Class Period** | | **2.42%** | **2.45%** | | | **1.96%** |

Note:
(1) - A 20% reduction of trading volume is applied during the Class Period as studies have shown that volume for stocks traded on the NYSE are overstated by approximately 20%. See Harinda de Silva et al., "Securities Act Violations: Estimation of Damages," in Litigation Services Handbook: Role of Accountant as Expert Witness 44-31 (Roman L. Weil et al. 2d ed., 1995)