*In re: Sadia Securities Litigation*

# Exhibit V-A

## Summary Regression Statistics of Model Used for Event Study Analysis

The SAS System                                                        12:16 Tuesday, December 2, 2008

The REG Procedure
Model: MODEL1
Dependent Variable: sda_return

| | |
|---|---|
| Number of Observations Read | 260 |
| Number of Observations Used | 238 |
| Number of Observations with Missing Values | 22 |

Analysis of Variance

| Source | DF | Sum of Squares | Mean Square | F Value | Pr > F |
|---|---|---|---|---|---|
| Model | 5 | 0.15712 | 0.03142 | 71.49 | <.0001 |
| Error | 232 | 0.10197 | 0.00043955 | | |
| Corrected Total | 237 | 0.25909 | | | |

| | | | |
|---|---|---|---|
| Root MSE | 0.02097 | R-Square | 0.6064 |
| Dependent Mean | 0.00195 | Adj R-Sq | 0.5979 |
| Coeff Var | 1072.85478 | | |

Parameter Estimates

| Variable | DF | Parameter Estimate | Standard Error | t Value | Pr > |t| |
|---|---|---|---|---|---|
| Intercept | 1 | 0.00018224 | 0.00138 | 0.13 | 0.8951 |
| spx_return | 1 | 1.31565 | 0.2304 | 5.71 | <.0001 |
| bwfood_return | 1 | -0.44176 | 0.17157 | -2.57 | 0.0107 |
| ibov_return | 1 | 0.69397 | 0.13964 | 4.97 | <.0001 |
| JGAGUSUS_ret | 1 | 0.29754 | 0.67357 | 0.44 | 0.6591 |
| usdbrl_return | 1 | -0.65595 | 0.21268 | -3.08 | 0.0023 |