*In re: Sadia Securities Litigation*

## Exhibit V-C

### Summary of Event Study Results and Inflation Calculations

| Date | Actual SDA Return | Predicted SDA Return | Actual SDA Price | But For Price 1 [1] | But For Price 2 [2] | USD/BRL FX Rate | Management and Control Inflation | FX Inflation | Total Inflation | Cleansed Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/26/2008 | -47.46% | -1.61% | $ 9.50 | $ 9.50 | $ 9.50 | 1.8445 | | | | $ 9.50 |
| 9/25/2008 | -2.71% | 6.03% | 15.27 | 9.65 | 9.65 | 1.8206 | 3.42 | 2.19 | 5.62 | 9.65 |
| 9/24/2008 | -3.20% | -0.07% | 15.69 | 9.09 | 9.92 | 1.8596 | 3.42 | 2.59 | 6.01 | 9.68 |
| 9/23/2008 | -1.29% | -5.60% | 16.20 | 9.10 | 10.24 | 1.8465 | 3.42 | 2.45 | 5.88 | 10.32 |
| 9/22/2008 | -2.82% | -6.03% | 16.41 | 9.62 | 10.38 | 1.8032 | 3.42 | 2.02 | 5.44 | 10.97 |
| 9/19/2008 | 11.14% | 12.93% | 16.88 | 10.22 | 10.67 | 1.8298 | 3.42 | 2.29 | 5.71 | 11.17 |
| 9/18/2008 | -3.96% | 8.81% | 15.10 | 8.98 | 9.55 | 1.8965 | 3.42 | 2.96 | 6.38 | 8.72 |
| 9/17/2008 | -7.54% | -14.02% | 15.71 | 8.22 | 9.93 | 1.8892 | 3.42 | 2.89 | 6.31 | 9.40 |
| 9/16/2008 | 1.85% | 4.12% | 16.94 | 9.46 | 10.71 | 1.8080 | 3.42 | 2.07 | 5.49 | 11.45 |
| 9/15/2008 | -9.19% | -12.30% | 16.63 | 9.08 | 10.51 | 1.8149 | 3.42 | 2.14 | 5.56 | 11.07 |
| 9/12/2008 | 2.61% | 2.16% | 18.23 | 10.27 | 11.53 | 1.7810 | 3.42 | 1.79 | 5.22 | 13.01 |
| 9/11/2008 | -1.01% | 3.23% | 17.76 | 10.05 | 11.23 | 1.8123 | 3.42 | 2.11 | 5.53 | 12.23 |
| 9/10/2008 | 5.03% | 2.42% | 17.94 | 9.73 | 11.34 | 1.7878 | 3.42 | 1.86 | 5.28 | 12.66 |
| 9/9/2008 | -4.53% | -9.39% | 17.06 | 9.50 | 10.79 | 1.7770 | 3.42 | 1.75 | 5.17 | 11.89 |
| 9/8/2008 | -3.95% | 0.09% | 17.85 | 10.43 | 11.29 | 1.7360 | 3.42 | 1.34 | 4.76 | 13.09 |
| 9/5/2008 | 3.79% | 1.47% | 18.57 | 10.42 | 11.74 | 1.7160 | 3.42 | 1.14 | 4.56 | 14.01 |
| 9/4/2008 | -5.65% | -7.43% | 17.88 | 10.27 | 11.30 | 1.7175 | 3.42 | 1.15 | 4.57 | 13.31 |
| 9/3/2008 | -3.43% | -1.51% | 18.92 | 11.06 | 11.96 | 1.6775 | 3.42 | 0.75 | 4.17 | 14.75 |
| 9/2/2008 | -1.82% | -2.01% | 19.58 | 11.23 | 12.38 | 1.6592 | 3.42 | 0.56 | 3.98 | 15.60 |
| 8/29/2008 | 1.52% | -2.72% | 19.94 | 11.23 | 12.38 | 1.6315 | 3.42 | 0.28 | 3.70 | 16.24 |
| 8/28/2008 | 2.27% | 2.43% | 19.64 | 11.54 | 12.19 | 1.6324 | 3.42 | 0.29 | 3.71 | 15.93 |
| 8/27/2008 | 3.12% | 2.74% | 19.20 | 11.26 | 11.92 | 1.6219 | 3.42 | 0.18 | 3.61 | 15.59 |
| 8/26/2008 | -3.64% | 0.75% | 18.61 | 10.96 | 11.55 | 1.6288 | 3.42 | 0.25 | 3.68 | 14.93 |
| 8/25/2008 | -2.66% | -4.18% | 19.30 | 10.87 | 11.98 | 1.6312 | 3.42 | 0.28 | 3.70 | 15.60 |
| 8/22/2008 | -0.70% | 0.82% | 19.82 | 11.34 | 12.30 | 1.6270 | 3.42 | 0.24 | 3.66 | 16.16 |
| 8/21/2008 | 0.80% | 1.47% | 19.96 | 11.25 | 12.39 | 1.6090 | 3.42 | 0.05 | 3.48 | 16.48 |
| 8/20/2008 | 1.07% | 3.61% | 19.80 | 11.08 | 12.29 | 1.6185 | 3.42 | 0.15 | 3.57 | 16.23 |
| 8/19/2008 | -0.56% | 0.09% | 19.59 | 10.69 | 12.16 | 1.6234 | 3.42 | 0.20 | 3.62 | 15.97 |
| 8/18/2008 | -2.70% | -2.86% | 19.70 | 10.68 | 12.23 | 1.6394 | 3.42 | 0.36 | 3.78 | 15.92 |

*In re: Sadia Securities Litigation*

## Exhibit V-C

### Summary of Event Study Results and Inflation Calculations

| Date | Actual SDA Return | Predicted SDA Return | Actual SDA Price | But For Price 1 [1] | But For Price 2 [2] | USD/BRL FX Rate | Management and Control Inflation | FX Inflation | Total Inflation | Cleansed Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/15/2008 | -4.87% | -1.22% | 20.24 | 10.99 | 12.57 | 1.6380 | 3.42 | 0.35 | 3.77 | 16.47 |
| 8/14/2008 | 0.00% | 1.15% | 21.25 | 11.12 | 13.19 | 1.6236 | 3.42 | 0.20 | 3.62 | 17.63 |
| 8/13/2008 | -4.01% | 0.72% | 21.25 | 11.00 | 13.19 | 1.6115 | 3.42 | 0.08 | 3.50 | 17.75 |
| 8/12/2008 | 1.69% | -1.80% | 22.12 | 10.92 | 13.73 | 1.6226 | 3.42 | 0.19 | 3.61 | 18.51 |
| 8/11/2008 | -2.36% | -2.44% | 21.75 | 11.12 | 13.50 | 1.6236 | 3.42 | 0.20 | 3.62 | 18.13 |
| 8/8/2008 | -1.38% | 1.84% | 22.27 | 11.39 | 13.83 | 1.6087 | 3.42 | 0.05 | 3.47 | 18.80 |
| 8/7/2008 | -2.49% | -3.14% | 22.58 | 11.18 | 14.02 | 1.5971 | 3.42 | (0.07) | 3.36 | 19.22 |
| 8/6/2008 | 0.78% | 1.27% | 23.15 | 11.54 | 14.37 | 1.5775 | 3.42 | (0.26) | 3.16 | 19.99 |
| 8/5/2008 | 4.27% | 3.52% | 22.97 | 11.39 | 14.26 | 1.5746 | 3.42 | (0.29) | 3.13 | 19.84 |
| 8/4/2008 | 0.91% | -3.87% | 22.01 | 11.00 | 13.66 | 1.5619 | 3.42 | (0.42) | 3.00 | 19.01 |
| 8/1/2008 | -0.82% | -2.58% | 21.81 | 11.43 | 14.20 | 1.5600 | 3.42 | (0.44) | 2.98 | 18.83 |
| 7/31/2008 | -1.76% | -1.40% | 21.99 | 11.73 | 14.32 | 1.5654 | 3.42 | (0.39) | 3.04 | 18.95 |
| 7/30/2008 | 4.81% | 4.54% | 22.38 | 11.90 | 14.57 | 1.5620 | 3.42 | (0.42) | 3.00 | 19.38 |
| 7/29/2008 | -2.82% | 4.62% | 21.33 | 11.37 | 13.89 | 1.5686 | 3.42 | (0.35) | 3.07 | 18.26 |
| 7/28/2008 | -2.70% | -3.14% | 21.94 | 10.86 | 14.29 | 1.5757 | 3.42 | (0.28) | 3.14 | 18.80 |
| 7/25/2008 | -0.71% | 0.14% | 22.54 | 11.20 | 14.68 | 1.5728 | 3.42 | (0.31) | 3.11 | 19.43 |
| 7/24/2008 | -1.31% | -4.42% | 22.70 | 11.19 | 14.78 | 1.5781 | 3.42 | (0.26) | 3.16 | 19.54 |
| 7/23/2008 | 3.59% | -0.06% | 23.00 | 11.69 | 14.98 | 1.5836 | 3.42 | (0.20) | 3.22 | 19.78 |
| 7/22/2008 | -1.61% | 0.44% | 22.19 | 11.70 | 14.45 | 1.5792 | 3.42 | (0.25) | 3.18 | 19.01 |
| 7/21/2008 | 0.94% | 0.89% | 22.55 | 11.65 | 14.69 | 1.5813 | 3.42 | (0.23) | 3.20 | 19.35 |
| 7/18/2008 | 0.76% | 0.65% | 22.34 | 11.55 | 14.55 | 1.5893 | 3.42 | (0.15) | 3.28 | 19.06 |
| 7/17/2008 | -1.21% | -1.66% | 22.17 | 11.47 | 14.44 | 1.5982 | 3.42 | (0.06) | 3.37 | 18.80 |
| 7/16/2008 | 3.86% | 3.68% | 22.44 | 11.66 | 14.61 | 1.5966 | 3.42 | (0.07) | 3.35 | 19.09 |
| 7/15/2008 | 2.96% | -0.88% | 21.59 | 11.24 | 14.06 | 1.5931 | 3.42 | (0.11) | 3.32 | 18.27 |
| 7/14/2008 | 3.45% | -0.23% | 20.96 | 11.34 | 13.65 | 1.5948 | 3.42 | (0.09) | 3.33 | 17.63 |
| 7/11/2008 | -2.20% | -1.18% | 20.25 | 11.37 | 13.19 | 1.6010 | 3.42 | (0.03) | 3.40 | 16.85 |
| 7/10/2008 | 3.59% | 2.88% | 20.70 | 11.50 | 13.48 | 1.6050 | 3.42 | 0.01 | 3.44 | 17.26 |
| 7/9/2008 | -0.10% . | [3] | 19.97 | 11.18 | 13.01 | 1.6095 | 3.42 | 0.06 | 3.48 | 16.49 |
| 7/8/2008 | 1.61% | 2.19% | 19.99 | 11.18 | 13.02 | 1.6120 | 3.42 | 0.08 | 3.51 | 16.48 |
| 7/7/2008 | 0.10% | -1.44% | 19.67 | 10.93 | 12.81 | 1.6015 | 3.42 | (0.02) | 3.40 | 16.27 |
| 7/3/2008 | -1.21% | -1.82% | 19.65 | 10.93 | 12.81 | 1.6137 | 3.42 | 0.10 | 3.52 | 16.13 |
| 7/2/2008 | -4.62% | -4.29% | 19.89 | 11.14 | 12.97 | 1.6086 | 3.42 | 0.05 | 3.47 | 16.42 |
| 7/1/2008 | -2.42% | -0.05% | 20.83 | 11.62 | 13.58 | 1.5980 | 3.42 | (0.06) | 3.37 | 17.46 |
| 6/30/2008 | -0.23% | 0.29% | 21.34 | 11.63 | 13.91 | 1.6037 | 3.42 |  | 3.42 | 17.92 |

*In re: Sadia Securities Litigation*

## Exhibit V-C

### Summary of Event Study Results and Inflation Calculations

| Date | Actual SDA Return | Predicted SDA Return | Actual SDA Price | But For Price 1 [1] | But For Price 2 [2] | USD/BRL FX Rate | Management and Control Inflation | FX Inflation | Total Inflation | Cleansed Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/27/2008 | 2.56% | 1.11% | 21.39 | 11.60 | 13.94 | 1.5940 | 3.42 | | 3.42 | 17.97 |
| 6/26/2008 | -6.72% | -6.23% | 20.85 | 11.47 | 13.59 | 1.6041 | 3.42 | | 3.42 | 17.43 |
| 6/25/2008 | 3.33% | 3.06% | 22.30 | 12.21 | 14.54 | 1.5915 | 3.42 | | 3.42 | 18.88 |
| 6/24/2008 | -3.42% | -0.15% | 21.57 | 11.84 | 14.06 | 1.6028 | 3.42 | | 3.42 | 18.15 |
| 6/23/2008 | -1.60% | 0.42% | 22.32 | 11.86 | 14.55 | 1.6115 | 3.42 | | 3.42 | 18.90 |
| 6/20/2008 | -3.00% | -4.30% | 22.68 | 11.81 | 14.79 | 1.6057 | 3.42 | | 3.42 | 19.26 |
| 6/19/2008 | 1.03% | 0.29% | 23.37 | 12.32 | 15.24 | 1.6030 | 3.42 | | 3.42 | 19.95 |
| 6/18/2008 | -2.77% | -2.43% | 23.13 | 12.29 | 15.08 | 1.6063 | 3.42 | | 3.42 | 19.71 |
| 6/17/2008 | 0.04% | 1.09% | 23.78 | 12.59 | 15.50 | 1.6073 | 3.42 | | 3.42 | 20.36 |
| 6/16/2008 | 3.29% | 0.73% | 23.77 | 12.45 | 15.50 | 1.6247 | 3.42 | | 3.42 | 20.35 |
| 6/13/2008 | -4.05% | -0.69% | 23.00 | 12.36 | 14.99 | 1.6355 | 3.42 | | 3.42 | 19.58 |
| 6/12/2008 | 2.28% | 1.25% | 23.95 | 12.45 | 15.61 | 1.6342 | 3.42 | | 3.42 | 20.53 |
| 6/11/2008 | 5.04% | -2.59% | 23.41 | 12.30 | 15.26 | 1.6408 | 3.42 | | 3.42 | 19.99 |
| 6/10/2008 | -5.29% | -2.21% | 22.26 | 12.62 | 14.51 | 1.6455 | 3.42 | | 3.42 | 18.84 |
| 6/9/2008 | 0.86% | 0.21% | 23.47 | 12.90 | 15.30 | 1.6262 | 3.42 | | 3.42 | 20.05 |
| 6/6/2008 | -5.35% | -5.25% | 23.27 | 12.87 | 15.17 | 1.6341 | 3.42 | | 3.42 | 19.85 |
| 6/5/2008 | 0.33% | 4.69% | 24.55 | 13.57 | 16.00 | 1.6264 | 3.42 | | 3.42 | 21.13 |
| 6/4/2008 | -1.98% | -1.36% | 24.47 | 12.94 | 15.95 | 1.6287 | 3.42 | | 3.42 | 21.05 |
| 6/3/2008 | -0.04% | -2.32% | 24.96 | 13.12 | 16.27 | 1.6286 | 3.42 | | 3.42 | 21.54 |
| 6/2/2008 | -2.06% | -1.91% | 24.97 | 13.43 | 16.28 | 1.6315 | 3.42 | | 3.42 | 21.55 |
| 5/30/2008 | 0.43% | 3.17% | 25.49 | 13.69 | 16.62 | 1.6270 | 3.42 | | 3.42 | 22.07 |
| 5/29/2008 | -1.80% | 0.10% | 25.38 | 13.26 | 16.55 | 1.6370 | 3.42 | | 3.42 | 21.96 |
| 5/28/2008 | 6.56% | 2.85% | 25.84 | 13.25 | 16.85 | 1.6547 | 3.42 | | 3.42 | 22.42 |
| 5/27/2008 | 2.81% | -0.39% | 24.20 | 12.88 | 15.78 | 1.6705 | 3.42 | | 3.42 | 20.78 |
| 5/23/2008 | 3.59% | -2.18% | 23.53 | 12.88 | 15.78 | 1.6593 | 3.42 | | 3.42 | 20.11 |
| 5/22/2008 | 0.04% | . [3] | 22.70 | 13.16 | 15.22 | . | 3.42 | | 3.42 | 19.28 |
| 5/21/2008 | -3.34% | -3.53% | 22.69 | 13.16 | 15.21 | 1.6582 | 3.42 | | 3.42 | 19.27 |
| 5/20/2008 | 0.81% | -0.89% | 23.46 | 13.63 | 15.73 | 1.6495 | 3.42 | | 3.42 | 20.04 |
| 5/19/2008 | -0.81% | 0.63% | 23.27 | 13.75 | 15.60 | 1.6487 | 3.42 | | 3.42 | 19.85 |
| 5/16/2008 | 4.40% | 1.58% | 23.46 | 13.67 | 15.73 | 1.6410 | 3.42 | | 3.42 | 20.04 |
| 5/15/2008 | 1.30% | 3.12% | 22.45 | 13.45 | 15.05 | 1.6545 | 3.42 | | 3.42 | 19.03 |

*In re: Sadia Securities Litigation*

## Exhibit V-C

### Summary of Event Study Results and Inflation Calculations

| Date | Actual SDA Return | Predicted SDA Return | Actual SDA Price | But For Price 1 [1] | But For Price 2 [2] | USD/BRL FX Rate | Management and Control Inflation | FX Inflation | Total Inflation | Cleansed Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/14/2008 | -1.03% | -0.22% | 22.16 | 13.04 | 14.86 | 1.6630 | 3.42 | | 3.42 | 18.74 |
| 5/13/2008 | 0.04% | 0.22% | 22.39 | 13.07 | 15.01 | 1.6557 | 3.42 | | 3.42 | 18.97 |
| 5/12/2008 | 5.09% | 2.79% | 22.38 | 13.04 | 15.01 | 1.6645 | 3.42 | | 3.42 | 18.96 |
| 5/9/2008 | -1.86% | -0.49% | 21.27 | 12.68 | 14.26 | 1.6851 | 3.42 | | 3.42 | 17.85 |
| 5/8/2008 | -0.09% | 0.94% | 21.67 | 12.74 | 14.53 | 1.6928 | 3.42 | | 3.42 | 18.25 |
| 5/7/2008 | -5.03% | -4.40% | 21.69 | 12.62 | 14.54 | 1.6892 | 3.42 | | 3.42 | 18.27 |
| 5/6/2008 | 0.35% | 1.07% | 22.81 | 13.19 | 15.29 | 1.6597 | 3.42 | | 3.42 | 19.39 |
| 5/5/2008 | 0.22% | -0.12% | 22.73 | 13.05 | 15.24 | 1.6580 | 3.42 | | 3.42 | 19.31 |
| 5/2/2008 | 0.00% | 2.36% | 22.68 | 13.05 | 15.24 | 1.6498 | 3.42 | | 3.42 | 19.26 |
| 5/1/2008 | 3.14% | . [3] | 22.68 | 12.75 | 15.24 | 1.6626 | 3.42 | | 3.42 | 19.26 |
| 4/30/2008 | 6.34% | 4.79% | 21.98 | 12.75 | 14.77 | 1.6629 | 3.42 | | 3.42 | 18.56 |

| | | | |
|---|---|---|---|
| [1] | Total Change in Market Capitalization | | $1,050,000,000 |
| [2] | Foreign Exchange Loss | | 410,000,000 |
| [3] | Loss Due to Management and Controls | | 640,000,000 |
| [4] | Actual SDA Price on 9/25/2008 | $ | 15.27 |
| [5] | But For SDA Price on 9/25/2008 | | 9.65 |
| [6] | Inflation revealed at end of class period | | 5.62 = [4] - [5] |
| [7] | Management and Control Inflation | | 3.42 = ([3] / [1]) * [5] |
| [8] | FX Inflation on 9/25/2008 | | 2.19 = ([2] / [1]) * [5] |
| [9] | FX Rate on 6/30/2008 | | 1.6037 |
| [10] | FX Rate on 9/25/2008 | | 1.8206 |
| [11] | Change in FX Rate between 6/30/2008 and 9/25/2008 | | 13.52% = ([10] - [9]) / [9] |
| [12] | Change in SDA Price on 9/25/2008 per 1% Change in FX Rate | $ | 0.16 = ([8] / [11])/100 |

Notes:

(1) - But-for prices calculated using predicted returns based on the assumption that entire class period is tainted.
(2) - But-for prices calculated using actual returns based on the assumption that only significant revelatory dates contribute to inflation/dissipation.
(3) - There is no predicted return on these days because the Bovespa was closed and data for the Ibovespa was not available.