UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SADIA S.A.<br>SECURITIES LITIGATION | Case No. 1:08 Civ. 9528 (SAS) |

## NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiffs respectfully move, on a date convenient to the Court, before the Honorable Shira A. Scheindlin, for an Order granting preliminary approval of the proposed Settlement of this securities class action, pursuant to Federal Rule of Civil Procedure 23(e). This motion is based upon the accompanying memorandum of law, the Stipulation and Agreement of Settlement and the exhibits attached to it, all prior proceedings held in this action, and other such matters and arguments as the Court may consider in the hearing of this Motion.

Dated:  September 16, 2011            Respectfully submitted,

**LAW OFFICES OF CURTIS V. TRINKO, LLP**

*/s/ Curtis V. Trinko*
Curtis V. Trinko (CT-1838)
Jennifer Traystman (JT-7583)
16 West 46th Street, 7th Floor
New York, NY 10036
Tel:  (212) 490-9550
Fax:  (212) 986-0158

*Local Counsel for Plaintiffs and the Class*

**KESSLER TOPAZ MELTZER & CHECK, LLP**

Stuart L. Berman
Christopher L. Nelson
John J. Gross
280 King of Prussia Road
Radnor, PA 19087
T:  (610) 667-7706
F:  (610) 667-7075

**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White III
Christopher S. Jones (CJ-4131)
Brandon T. Grzandziel
2424 North Federal Highway
Suite 257
Boca Raton, FL 33431
Tel:  (561) 394-3399
Fax:  (561) 394-3082

*Co-Lead Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the September 16, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

                                        */s/ Curtis V. Trinko*
                                        Curtis V. Trinko